UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

DEREK LOMBARD,

    Plaintiff,                                               Case No. 3:22-cv-339

vs.

MICHAEL WHEATLEY, *et al*.,           District Judge Michael J. Newman
                                                                 Magistrate Judge Peter B. Silvain, Jr.

    Defendants.

_____

**ORDER: (1) CONDITIONALLY DISMISSING CASE WITH PREJUDICE; AND (2) TERMINATING THIS CASE ON THE DOCKET**
_____

       This case is before the Court on the parties' joint notice of settlement and stipulation of dismissal.  Doc. No. 14.  Pursuant to the parties' stipulation and Fed. R. Civ. P. 41(a)(1)(A)(ii), this case is **CONDITIONALLY DISMISSED WITH PREJUDICE**, and **TERMINATED** on the docket provided that either party may, upon good cause shown within sixty (60) days, reopen the action if settlement is not consummated.

       **IT IS SO ORDERED.**

  September 25, 2024                                      s/Michael J. Newman
                                                                      Hon. Michael J. Newman
                                                                      United States District Judge